FILED: September 11, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4167
(7:22-cr-00055-FL-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

MICHAEL KWAME HINES

       Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                   /s/ NWAMAKA ANOWI, CLERK